```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 09366
   NICOLE MITTONS
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-0395


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/16/2008 and was confirmed 06/19/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

     The case was dismissed after confirmation 09/11/2008.
------------------------------------------------------------------------------
CREDITOR NAME                  CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                  PAID           PAID
------------------------------------------------------------------------------
CREDIT UNION 1                 UNSECURED       NOT FILED           .00            .00
AMERICASH LOANS LLC            UNSECURED          510.64           .00            .00
CAPITAL ONE                    UNSECURED       NOT FILED           .00            .00
CHECK INTO CASH                UNSECURED       NOT FILED           .00            .00
CHECK N GO OF ILL              UNSECURED       NOT FILED           .00            .00
CITIBANK                       UNSECURED       NOT FILED           .00            .00
VILLAGE OF SAUK VILLAGE        UNSECURED       NOT FILED           .00            .00
MEDIACOM                       UNSECURED       NOT FILED           .00            .00
LVNV FUNDING                   UNSECURED           71.04           .00            .00
AT&T/SBC/ILLINOIS FACC         UNSECURED       NOT FILED           .00            .00
ELITE RECOVERY                 UNSECURED         3004.85           .00            .00
INTERNAL REVENUE SERVICE       UNSECURED       NOT FILED           .00            .00
MONTERAY COUNTY BANK           UNSECURED       NOT FILED           .00            .00
UIC HOSPITAL                   UNSECURED       NOT FILED           .00            .00
US DEPT OF EDUCATION           UNSECURED        66867.18           .00            .00
US DEPT OF EDUCATION           UNSECURED         9945.40           .00            .00
PAMELA ORN                     NOTICE ONLY     NOT FILED           .00            .00
HSBC AUTO FINANCE              SECURED VEHIC    11550.00           .00         375.00
HSBC AUTO FINANCE              UNSECURED         5019.16           .00            .00
AMERICASH LOANS                UNSECURED         1062.11           .00            .00
ROBERT J SEMRAD & ASSOC        DEBTOR ATTY      3,474.00                       280.50
TOM VAUGHN                     TRUSTEE                                          57.00
DEBTOR REFUND                  REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 712.50

PRIORITY                                          .00
SECURED                                        375.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 09366 NICOLE MITTONS
```

```
UNSECURED                                                             .00
ADMINISTRATIVE                                                     280.50
TRUSTEE COMPENSATION                                                57.00
DEBTOR REFUND                                                         .00
                                       ----------------    ----------------
TOTALS                                          712.50              712.50
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 12/22/08                _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE